[No. 38959-9-I.   Division One.   August 25, 1997.]

STAN EVERETT PAYNE, ET AL., *Appellants*, v. THE CITY OF BELLEVUE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-05714-6, Harriett M. Cody, J., entered March 15, 1996. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 39110-1-I.   Division One.   August 25, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JOHN BART, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00171-1, Richard J. Thorpe, J., entered June 26, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39260-3-I.   Division One.   August 25, 1997.]

CHRISTOPHER MITCHELL, *Appellant*, v. SEDGWICK JAMES OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-13219-7, Robert H. Alsdorf, J., entered July 26, 1996. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster and Agid, JJ.

[No. 39320-1-I.   Division One.   August 25, 1997.]

GAVINO ENGINEERING & MANAGEMENT, INC., P.S., *Appellant*, v. TALI KIBOIGO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-15178-9, Peter Jarvis, J., entered August 7, 1997. *Affirmed* by unpublished per curiam opinion.